**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter ____**7**____

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **130 South Halsted Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Pegasus Restaurant**<br>**DBA  Pegasus Restaurant & Taverna** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3714037** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **130 S. Halsted Street**<br>**Chicago, IL 60661-3508**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **130 South Halsted Corporation**                                          Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **130 South Halsted Corporation**                                    Case number (*if known*) _____
          Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **130 South Halsted Corporation**                                    Case number (*if known*) _____
Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 23, 2018**
MM / DD / YYYY

**X** **/s/ Yiannis Melidis**                              **Yiannis Melidis**
Signature of authorized representative of debtor        Printed name

Title    **Secretary**

**18. Signature of attorney**

**X** **/s/ Peter N. Metrou**                        Date    **March 23, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Peter N. Metrou 06229853**
Printed name

**Metrou & Associates, P.C.**
Firm name

**123 W. Washington St., Suite 216**
**Oswego, IL 60543**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**06229853**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **130 South Halsted Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 23, 2018**          X **/s/ Yiannis Melidis**
                                             Signature of individual signing on behalf of debtor

                                          **Yiannis Melidis**
                                             Printed name

                                          **Secretary**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **130 South Halsted Corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................    $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................    $ _____ 64.30

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*......................................................    $ _____ 64.30

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 250,497.16

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ 210,313.51

4.   **Total liabilities** .....................................................................................
    Lines 2 + 3a + 3b    $ _____ 460,810.67

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **130 South Halsted Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **International Bank of Chicago** | **Checking Account** | **7977** | **$64.30** |
| 3.2. | **International Bank of Chicago** | **Checking Account** | **2876** | **$0.00** |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $64.30 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **130 South Halsted Corporation** | Case number *(If known)* |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Owned miscellaneous restaurant equipment, furniture, office supplies,etc. (Subject to UCC Lien of International Bank of Chicago and all located at 130 S. Halsted St., Chicago, IL)  SEE ATTACHED EXHIBIT A.** | **$9,179.48** | **Tax records** | **Unknown** |
| **Leased miscellaneous restaurant equipment, furniture, office supplies,etc. (Subject to UCC Lien of International Bank of Chicago and all located at 130 S. Halsted St., Chicago, IL)  SEE attached Exhibit A.** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **130 South Halsted Corporation** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| **Leasehold Improvements located at 130 South Halsted, Chicago, IL 60661** | **$246,904.55** | **Tax records** | **Unknown** |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

Debtor    **130 South Halsted Corporation**                          Case number *(If known)* _____
_____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $64.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $64.30 |

LIST OF EQUIPMENT /ASSETS

## KITCHEN.

4  CONVENTIONAL OVENS   (ONE IN ROOF PART)

3  CONVECTIONAL OVENS.   (ONE DOUBLE)
                          (ONE IN ROOF TOP)

2  CHARBROILER'S.

1  DOUBLE BROILER.

3  DEEPFRYER'S         (ONE IN ROOF TOP)
2  GRILLS
1  CHINISE FRYER.
1  PEPSI Machine  ———▷ Pepsi
2  UPRIGHT COOLERS

1  DOUBLE UPRIGHT COOLER

2  REFRIGERATED SALAD TABE'S (ONE IN ROOF TOP)

1  TREE DOOR STAINLESS REFRIGERATION COOLER (IN ROOF TOP)

1  MIXER.

1  TABLE TOP MIXER

2  SAW MACHINES

1  MEAT GROUNDER

1  UPRIGHT WARMER

1  INDUSTRIAL WEIGHT SCALE

4  STAINLESS TABLES  (ONE WITH SHELF)

POT'S – PAN'S – TRAY'S – PLATES – GLASSES – UTISHELF'S

BAR.

2 BAR BACK COOLER'S. (ONE IN ROOF TOP)

2 BEER COOLER'S    (ONE IN ROOF TOP)

DINING ROOM.

45 TABLES.    (INCL. 3 HIGH-TOP).

162 CHAIRS.    (INCL. 17 HIGH-TOP).

1 MICROWAVE
1 STAINLESS WATER STATION.
1 CUSTOM STEAM TABLE
1 GREEK COFFEE STOVE MAKER

OFFICE.

1 POS SYSTEM (5 TERMINALS - 6 PRINTERS).

1 SECURITY SYSTEM.

1 STEREO SYSTEM

4 PHONE'S WITH CENTRAL VOICE SYSTEM

1 ALARM SYSTEM

1 SAFETY

2 T.V. SCREENS.

LEASE   EQUIPMENT

2   PEPSI-COLA   COOLERS

1   ICEMAKER (AUTOMATIC ICE) (IN ROOF TOP).

4   GYROS MACHINE'S   WITH   A   TABLE  — CORFU

1   ~~GIFT-LOYALTY CARD TERMINAL~~  → taken by Valutech/Total

3   ~~CREDIT CARD PROCESSING TERMINALS~~  →  Merchant Services

1   ICEMAKER. (EMPIRE COOLER SERVICE).

1   COFFEE MAKER
1   COFFEE GRINDER          ⟩   Java Breeze
1   ICE-TEA MAKER

ACKNOWLEDGMENT   BY   LANDLORD
12-04-17

Fill in this information to identify the case:

Debtor name _____**130 South Halsted Corporation**_____

United States Bankruptcy Court for the: _____NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  International Bank of Chicago**
Creditor's Name

**5069 N. Broadway
Chicago, IL 60640**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**Statutory Lien (UCC Lien)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$164,529.07**   Value of collateral: **Unknown**

**2.2  International Bank of Chicago**
Creditor's Name

**5069 N. Broadway
Chicago, IL 60640**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**Statutory Lien (UCC Lien)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$85,968.09**   Value of collateral: **Unknown**

Debtor   **130 South Halsted Corporation**                                      Case number (if know)
_____
Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$250,497.16** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **130 South Halsted Corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**A New Dairy, Inc.**<br>**1234 W. Randolph**<br>**Chicago, IL 60607**<br><br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **7450** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,660.70** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Alsco Linen**<br>**2841 S. Leavitt St.**<br>**Chicago, IL 60608**<br><br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **2670** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Linen Service**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,616.30** |
| **3.3** Nonpriority creditor's name and mailing address<br>**American Express**<br>**Global Merchant Services**<br>**P.O. Box 299051**<br>**Fort Lauderdale, FL 33329-9051**<br><br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **0856** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,741.97** |
| **3.4** Nonpriority creditor's name and mailing address<br>**American Express**<br>**P.O. Box 3001**<br>**Malvern, PA 19355**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,060.30** |

| Debtor | **130 South Halsted Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Antonios Katsoulias**
**1104 W. Taylor Street**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple years**

Basis for the claim:  **Loans to Company**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,878.17** |

**Artos Ltd.**
**306 S. Halsted St.**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple years**

Basis for the claim:  **Multiple Business Loans**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**AT & T Uverse**
**P.O. Box 6014**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Utility Service**

Last 4 digits of account number  **2350**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.10** |

**AT&T-Phone**
**PO Box 5014**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Utility Service**

Last 4 digits of account number  **6459**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |

**Chefs Warehouse**
**2801 S. Western Ave.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,000.00** |

**Chicago Title Land Trust 1214**
**c/o Attorney Konstantine Sparagis**
**900 W. Jackson Blvd., Ste 4E**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multipple years**

Basis for the claim:  **Unpaid Rent and other lease charges**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,637.42** |

**City of Chicago**
**Attn: Water Billing Dept.**
**P.O. 6330**
**Chicago, IL 60680-6330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Utility Service**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **130 South Halsted Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Columbus Meats**<br>**4420 S. Tripp Ave.**<br>**Chicago, IL 60632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,532.71** |
|---|---|---|---|
| | **Comed**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017-2018** | Basis for the claim:  **Utility Service** | |
| | Last 4 digits of account number  **1002** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,448.44** |
|---|---|---|---|
| | **Corfu Foods, Inc.**<br>**755 Thomas Drive**<br>**Bensenville, IL 60106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  **0790** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$815.00** |
|---|---|---|---|
| | **Cosmos Press, Inc.**<br>**2235 W. Devon Ave.**<br>**Chicago, IL 60659** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Miscellaneous Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$953.75** |
|---|---|---|---|
| | **Empire Cooler Service**<br>**940 W. Chicago Avenue**<br>**Chicago, IL 60642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Miscellaneous Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,374.36** |
|---|---|---|---|
| | **Fantis Imports, Inc.**<br>**4100 W. 40th Street**<br>**Chicago, IL 60632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  **6207** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.50** |
|---|---|---|---|
| | **Fotis & Son's Imports**<br>**540 Windy Pointe Dr.**<br>**Glendale Heights, IL 60139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  **1074** | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **130 South Halsted Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**Golden Shield Laboratories**
6304 W. Oakton St.
Morton Grove, IL 60053

Date(s) debt was incurred **2017**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Miscellaneous Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.20** | Nonpriority creditor's name and mailing address

**Java Breeze Coffee**
7650 Industrial Drive
Forest Park, IL 60130

Date(s) debt was incurred **2017**

Last 4 digits of account number **738**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$561.00**

---

**3.21** | Nonpriority creditor's name and mailing address

**Liberty FoodService**
P.O. Box 712
Elmhurst, IL 60126

Date(s) debt was incurred **2017**

Last 4 digits of account number **Pegasus**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$4,300.50**

---

**3.22** | Nonpriority creditor's name and mailing address

**Lux Security Systems**
a/k/a Infinity Monitoring Services
3611 N. Notingham
Chicago, IL 60634

Date(s) debt was incurred **2017**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Miscellaneous Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.23** | Nonpriority creditor's name and mailing address

**Martin Mack Fire & Safety**
4730 W. Armitage Ave.
Chicago, IL 60639

Date(s) debt was incurred **2017**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire Suppression Services**

Is the claim subject to offset? ■ No ☐ Yes

**$223.74**

---

**3.24** | Nonpriority creditor's name and mailing address

**Mega Refrigeration**
8901 Beleforte Ave.
Morton Grove, IL 60053

Date(s) debt was incurred **2017**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Miscellaneous Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.25** | Nonpriority creditor's name and mailing address

**Park One, Inc.**
65 E Harrison St.
Chicago, IL 60605

Date(s) debt was incurred **2017**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking service**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **130 South Halsted Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
**Payville USA**
**800 Entreprise Dr., Ste 201**
**Oak Brook, IL 60523**

Date(s) debt was incurred __2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Miscellaneous Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,425.45**

---

**3.27** | Nonpriority creditor's name and mailing address
**People Gas**
**P.O. Box 2968**
**Milwaukee, WI 53201-2968**

Date(s) debt was incurred __2017-2018__

Last 4 digits of account number __0001__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

**$1,422.10**

---

**3.28** | Nonpriority creditor's name and mailing address
**Pete's Wholsale Produce, Inc.**
**6235 N. Whipple**
**Chicago, IL 60659**

Date(s) debt was incurred __2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$8,153.87**

---

**3.29** | Nonpriority creditor's name and mailing address
**POS Systems**
**601 Country Club Dr., Ste D.**
**Bensenville, IL 60106**

Date(s) debt was incurred __2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Miscellaneous Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$621.87**

---

**3.30** | Nonpriority creditor's name and mailing address
**Pro Kleen Filter Service**
**4901 West 115th St.**
**Alsip, IL 60803**

Date(s) debt was incurred __2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Miscellaneous Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**Quality R. Excellence Pest Control**
**19271 S. Burnham**
**Lansing, IL 60438**

Date(s) debt was incurred __2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Miscellaneous Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**Republic Waste Services**
**2608 S. Damen Ave.**
**Chicago, IL 60608**

Date(s) debt was incurred __2017__

Last 4 digits of account number __0500__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Miscellaneous Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,182.74**

---

| Debtor | **130 South Halsted Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,622.44**

**Stand Energy Corporation**
**1077 Celestial St., Bldg3 Ste 110**
**Cincinnati, OH 45202-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Utility Service**

Last 4 digits of account number  **2532**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.28**

**Supreme Knife Service, Inc.**
**8120 N. Central Park Ave.**
**Skokie, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Miscellaneous Debt**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,532.71**

**Supreme Lobster**
**220 E. North Ave.**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **2275**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,331.05**

**Takis Royal Foods, Inc.**
**4235 W. Ann Lurie Place**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Total Merchant Services**
**21650 Oxnard St., Ste 1200**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:

Last 4 digits of account number  **4579**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,485.04**

**US Foods**
**800 Supreme Drive**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **2393**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Yiannis Melidis**
**10 W. 39th Street**
**Western Springs, IL 60558-1264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple years**

Basis for the claim:  **Loans to Company**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **130 South Halsted Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,479.00** |
|---|---|---|---|

**Zepole Restaurant Supply Co.**
**506 E. North Frontage Road**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Direct Energy**<br>**1001 Liberty Avenue**<br>**Pittsburgh, PA 15222** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $              0.00 |
| 5b. Total claims from Part 2 | 5b. + | $        210,313.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $        210,313.51 |

**Fill in this information to identify the case:**

Debtor name __**130 South Halsted Corporation**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**130 South Halsted Corporation**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Antonios Katsoulias** | **1104 W. Taylor Street Chicago, IL 60607** | **International Bank of Chicago** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Antonios Katsoulias** | **1104 W. Taylor Street Chicago, IL 60607** | **International Bank of Chicago** | ■ D __**2.2**__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Yiannis Melidis** | **10 W. 39th Street Western Springs, IL 60558** | **International Bank of Chicago** | ■ D __**2.1**__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Yiannis Melidis** | **10 W. 39th Street Western Springs, IL 60558** | **International Bank of Chicago** | ■ D __**2.2**__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **130 South Halsted Corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,096,115.40** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,424,070.00** |
   | **For the fiscal year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,744,386.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **130 South Halsted Corporation**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **International Bank of Chicago**<br>**5069 N. Broadway**<br>**Chicago, IL 60640** | **Every month on secured loan of $2205.00** | **$6,615.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **International Bank of Chicago**<br>**5069 N. Broadway**<br>**Chicago, IL 60640** | **Every month on secured lon of $1,645.00** | **$4,935.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **130 South Halsted Corporation**                    Case number *(if known)*  _____

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**    **Certain Payments or Transfers**

11.    **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Metrou & Associates, P.C.**<br>**123 W. Washington St., Suite 216**<br>**Oswego, IL 60543** | **Total paid $43,335.00 and disbursed as follows: $4,000.00 to Metrou & Associates, P.C. for attorneys fees and $335.00 to Clerk of the Court.** | **2/12/2018** | **$4,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12.    **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

13.    **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

Debtor    **130 South Halsted Corporation**                                    Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **130 South Halsted Corporation** | Case number *(if known)* |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Leased equipment listed on Attached Exhibit A to Schedule B** | **Former business premises Landlord control 130 S. Halsted St. Chicago, IL 60661-3508** | **Various leased equipment** | **Unknown** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **130 South Halsted Corporation**                                    Case number *(if known)* _____

---

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Parhas & Associates, Ltd**<br>**10220 S. Roberts Road**<br>**Palos Hills, IL 60465** | **Multiple years** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
   within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
   statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.    **International Bank of Chicago**<br>**5069 N. Broadway**<br>**Chicago, IL 60640** |

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
   in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Yiannis Melidis** | **10 W. 39th Street**<br>**Western Springs, IL 60558-1264** | **Shareholder/Secretary** | **50% stock ownership** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor   **130 South Halsted Corporation**                               Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Antonios Katsoulias** | **1104 W. Taylor Street Chicago, IL 60607** | **Shareholder/President** | **50% stock ownership** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on   __**March 23, 2018**__

   **/s/ Yiannis Melidis** _____        **Yiannis Melidis** _____
   Signature of individual signing on behalf of the debtor        Printed name

   Position or relationship to debtor   **Secretary** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   __130 South Halsted Corporation__                                          Case No. _____
                                                    Debtor(s)              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................   $   **4,000.00**

    Prior to the filing of this statement I have received ...............................   $   **4,000.00**

    Balance Due .....................................................................................   $   **0.00**

2.  $ __335.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
       reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
       522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions or adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__March 23, 2018__                                      **/s/ Peter N. Metrou**
*Date*                                                  **Peter N. Metrou 06229853**
                                                        *Signature of Attorney*
                                                        **Metrou & Associates, P.C.**
                                                        **123 W. Washington St., Suite 216**
                                                        **Oswego, IL 60543**

                                                        *Name of law firm*

# *Metrou & Associates, P.C.*

## *Attorneys & Counselors at Law*

| | |
|---|---|
| *Peter N. Metrou, Attorney* | *123 W. Washington Street* |
| *Meghan N. Nemiroff, Attorney* | *Suite 216* |
| *Lynn Martner, Paralegal* | *Oswego, Illinois 60543* |
| | *Telephone: (630) 551-7171* |

## BANKRUPTCY RETAINER AGREEMENT

   **You, the Client, _____130 S. Halsted Corp., d/b/a Pegasus Restaurant_____,
are retaining Metrou & Associates, P.C., (herein referred to as Law Office) to prepare and
file a petition for bankruptcy on your behalf and to represent you in this matter. You have
reviewed this Bankruptcy Retainer Agreement prior to signing it and fully understand the
contents herein.**

**1)** The services that are included in this matter include, pre-filing advice, advice during the case
concerning the nature and effect of the Bankruptcy Code; preparation and filing of the petition,
representation at the meeting of creditors; submitting information pursuant to request from the
trustee and other routine services not specifically stated. Additional fees may be charged for
failure to appear at your creditors meeting, or other extra ordinary services. As case information
is discovered and analyzed, the fee and advice may change.

**2) This fee agreement <u>does not</u> provide for representation in adversary proceedings
(lawsuits within the bankruptcy); representation in any state court proceedings; or any
other proceedings in any other forum.**

**3)** You agree that you will fully disclose all of your assets, debts, and all financial information
and understand that it is a federal crime to omit information from your bankruptcy petition.

**4)** If you decide to discontinue our services at any time, you will be entitled to a refund of
unearned fees. In that event, you will be billed at an hourly rate of $250.00 per hour and all
cancellation or discontinuation of services must be expressed in writing. If your case is not filed,
you authorize counsel to apply funds held in the Law Office's trust account toward payment of
any outstanding attorney fees.

**5)** You agree that the signature(s) on this contract also grant a limited power of attorney to the
Law Office to obtain any and all documents that are necessary for the filing of this case. This
may include, but is not limited to, tax returns, tax transcripts, credit reports, verifications of
debts, verifications of income, and contact with employers.

**6)** No bankruptcy will be filed without: full payment of fees and costs, complete disclosure of
information, and your review and signature of your entire bankruptcy petition.

**7)** You will be charged a non-refundable $25.00 fee for returned

**8)** You authorize Law Office to hire co-counsel or independent a
Office's expense, to work on this matter and divide fees with the
authorized Law Office to have attorneys within the firm or outsi
explore other potential causes of actions you may have.

**9)** The entire contract between the parties is contained in this ins
indicated. The parties agree to all of the terms and conditions so
that they have read and understand this Agreement.

**You further state and agree as follows:**

~~_____ I have been advised by my attorney(s) that I am required I
course prior to filing my case.~~  N/A

~~_____ I have been advised by my attorney(s) that I am required I
course as required by the US Trustee's office after the filing of r~~

_____ I have been advised by my attorney(s) that I am required t
following documents: tax returns for the prior four years to the I
all my income for the 60 days prior to the date my bankruptcy ca
paystubs); a government issued photo ID; proof of my social sec

_____ I have been advised by my attorney(s) that I am not requir
bankruptcy and that I choose to do so voluntarily.

~~_____ I have been advised by my attorney(s) that if my gross inc
median income, that I may be required to file for relief under Ch~~

_____ I have been advised by my attorney(s) that Law Office ma
agency helping people file for bankruptcy relief under the U.S. E
cases are subject to an audit, whereby I may be required to provi

_____ I have been advised by my attorney(s) that the Law Office
and that I should seek the advice of a tax specialist to determine
bankruptcy filing to determine if I will be required to report the I

_____ I have been advised by my attorney that if this is a corpor
will not provide corporate services for the books and records, inc
issues, corporate meetings and approvals, shareholders and direc
seek the assistance of a corporate attorney regarding any and all
memorializing the bankruptcy filing by the corporation. Further
there are various tax obligations that the shareholders, officers, o
personally liable for the federal and state taxing authorities ever
filing bankruptcy.

| | Chapter 7 | Chapter 13 |
|---|---|---|
| Attorneys Fees & Costs: | 4,000.00 | |
| Attorneys Fee Due Diligence Fee Court Filing Fee | 335.00 | |
| Total Fees | 4,335.00 | |

Today You paid us $ 4,335.00 as your retainer fee. You agree to pay the balance

as follows: N/A

_____ 1/31/18
Antonio Katsoulias, President    Date

_____ 1-31-18
Yiannis Melidis, Secretary    Date

_____ 2/12/18
Metrou & Associates, P.C.    Date

# United States Bankruptcy Court
## Northern District of Illinois

In re   **130 South Halsted Corporation**                                                        Case No.

                                                        Debtor(s)              Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **47**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 23, 2018**                                   **/s/ Yiannis Melidis**
                                                             **Yiannis Melidis**/**Secretary**
                                                             Signer/Title

A New Dairy, Inc.
1234 W. Randolph
Chicago, IL 60607


Alsco Linen
2841 S. Leavitt St.
Chicago, IL 60608


American Express
Global Merchant Services
P.O. Box 299051
Fort Lauderdale, FL 33329-9051


American Express
P.O. Box 3001
Malvern, PA 19355


Antonios Katsoulias
1104 W. Taylor Street
Chicago, IL 60607


Antonios Katsoulias
1104 W. Taylor Street
Chicago, IL 60607


Antonios Katsoulias
1104 W. Taylor Street
Chicago, IL 60607


Artos Ltd.
306 S. Halsted St.
Chicago, IL 60661


AT & T Uverse
P.O. Box 6014
Carol Stream, IL 60197


AT&T-Phone
PO Box 5014
Carol Stream, IL 60197


Chefs Warehouse
2801 S. Western Ave.
Chicago, IL 60608

Chicago Title Land Trust 1214
c/o Attorney Konstantine Sparagis
900 W. Jackson Blvd., Ste 4E
Chicago, IL 60607

City of Chicago
Attn: Water Billing Dept.
P.O. 6330
Chicago, IL 60680-6330

Columbus Meats
4420 S. Tripp Ave.
Chicago, IL 60632

Comed
P.O. Box 6111
Carol Stream, IL 60197-6111

Corfu Foods, Inc.
755 Thomas Drive
Bensenville, IL 60106

Cosmos Press, Inc.
2235 W. Devon Ave.
Chicago, IL 60659

Direct Energy
1001 Liberty Avenue
Pittsburgh, PA 15222

Empire Cooler Service
940 W. Chicago Avenue
Chicago, IL 60642

Fantis Imports, Inc.
4100 W. 40th Street
Chicago, IL 60632

Fotis & Son's Imports
540 Windy Pointe Dr.
Glendale Heights, IL 60139

Golden Shield Laboratories
6304 W. Oakton St.
Morton Grove, IL 60053

International Bank of Chicago
5069 N. Broadway
Chicago, IL 60640


International Bank of Chicago
5069 N. Broadway
Chicago, IL 60640


Java Breeze Coffee
7650 Industrial Drive
Forest Park, IL 60130


Liberty FoodService
P.O. Box 712
Elmhurst, IL 60126


Lux Security Systems
a/k/a Infinity Monitoring Services
3611 N. Notingham
Chicago, IL 60634


Martin Mack Fire & Safety
4730 W. Armitage Ave.
Chicago, IL 60639


Mega Refrigeration
8901 Beleforte Ave.
Morton Grove, IL 60053


Park One, Inc.
65 E Harrison St.
Chicago, IL 60605


Payville USA
800 Entreprise Dr., Ste 201
Oak Brook, IL 60523


People Gas
P.O. Box 2968
Milwaukee, WI 53201-2968


Pete's Wholsale Produce, Inc.
6235 N. Whipple
Chicago, IL 60659

POS Systems
601 Country Club Dr., Ste D.
Bensenville, IL 60106


Pro Kleen Filter Service
4901 West 115th St.
Alsip, IL 60803


Quality R. Excellence Pest Control
19271 S. Burnham
Lansing, IL 60438


Republic Waste Services
2608 S. Damen Ave.
Chicago, IL 60608


Stand Energy Corporation
1077 Celestial St., Bldg3 Ste 110
Cincinnati, OH 45202-1629


Supreme Knife Service, Inc.
8120 N. Central Park Ave.
Skokie, IL 60076


Supreme Lobster
220 E. North Ave.
Villa Park, IL 60181


Takis Royal Foods, Inc.
4235 W. Ann Lurie Place
Chicago, IL 60632


Total Merchant Services
21650 Oxnard St., Ste 1200
Woodland Hills, CA 91367


US Foods
800 Supreme Drive
Bensenville, IL 60106


Yiannis Melidis
10 W. 39th Street
Western Springs, IL 60558-1264

Yiannis Melidis
10 W. 39th Street
Western Springs, IL 60558


Yiannis Melidis
10 W. 39th Street
Western Springs, IL 60558


Zepole Restaurant Supply Co.
506 E. North Frontage Road
Bolingbrook, IL 60440

# United States Bankruptcy Court
### Northern District of Illinois

In re   **130 South Halsted Corporation**
_____
                                        Debtor(s)

Case No.   _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **130 South Halsted Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Antonios Katsoulias**
**1104 W. Taylor Street**
**Chicago, IL 60607**

**Yiannis Melidis**
**10 W. 39th Street**
**Western Springs, IL 60558-1264**

☐ None [*Check if applicable*]

**March 23, 2018**
_____
Date

**/s/ Peter N. Metrou**
_____
**Peter N. Metrou 06229853**
Signature of Attorney or Litigant
Counsel for   **130 South Halsted Corporation**
**Metrou & Associates, P.C.**
**123 W. Washington St., Suite 216**
**Oswego, IL 60543**